CAPPIELLO HOFMANN & KATZ, P.C.
Local Counsel for Plaintiff
360 W. 31st Street, Suite 1506
New York, N.Y. 10001
Tel: (212) 465-8840

COOK, HALL & LAMPROS, LLP
Promenade Two, Suite 3700
1230 Peachtree Street, NE
Atlanta, Georgia 30309
(404) 876-8100

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 13 2005 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
WILLIAM ROLAND JOHNSON,

                      Plaintiff,

   -against-

DON JON MARINE CO., INC.,
WITTE HEAVY LIFT, INC.,
WITTE HEAVY LIFT TOWING DIVISION, INC.,
and the TUG ATLANTIC SALVOR, *In Rem*,

                      Defendants.
------------------------------------------------------------x

05 Civ. 1543

ORDER ADMITTING
COUNSEL PRO HAC VICE

    The motion for admission to practice <u>pro hac vice</u> in the above-captioned matter is *on consent.* granted. The admitted attorney Edward Shuff Cook is permitted to argue or try this particular cases in whole or in part as counsel or advocate.

    An attorney admitted to practice <u>pro hac vice</u> is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

This Order confirms your appearance as counsel in these cases and it will be entered on the Court's dockets. A notation of your admission pro hac vice for the above captioned cases will be made on the roll of attorneys.

This Order will be docketed and served via ECF.

~~The attorney admitted pro hac vice must serve a copy of this Order on all other counsel in these cas~~es.

Dated: ~~Central Islip,~~ Brooklyn, New York

/s/ John Gleeson
United States ~~District~~ Magistrate Judge

USDJ

6/2/05

cc: Clerk, Eastern District Court
Eastern District of New York
Long Island Federal Plaza
610 Federal Plaza
Central Islip, NY 11722